In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-373 CR


____________________



CARROLL CLARY, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the County Court at Law No. 2


Jefferson County, Texas


Trial Cause No. 248315






 MEMORANDUM OPINION 


 On October 13, 2005, we notified the parties that the appeal would be dismissed for
want of prosecution unless arrangements were made for filing the record or the appellant
explained why he needed time for filing the record. The appellant did not file a response. 
It appears that the appellant is not entitled to proceed without payment of costs. Tex. R.
App. P. 20.2. There being no satisfactory explanation for the failure to file the record, the
appeal is dismissed for want of prosecution. Tex. R. App. P. 37.3(b).

 APPEAL DISMISSED.

 _____________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered December 7, 2005 

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.